UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
*Owensboro* DIVISION

**FILED**

VANESSA L. ARMSTRONG, CLERK

FEB 26 2013

**U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY**

*Sarah League*

_____

_____

_____
name of plaintiff(s)

Civil Case No. 4:13CV-16 M

V.
*Kentucky State Police*
*Henderson Police Dept*
*Clay Hutchison*
*Mike Cline*
*Jon Gritz*
*Pat Filible*
name of defendant(s)  *additional defendants*

## COMPLAINT

1.  State the grounds for filing this case in Federal Court (include federal statutes
    and/or U.S. Constitutional provisions, if you know them):

    1983  USC 42 C        malfeasance
    I have proof in documents, pictures, and taped
    conversations that "the story" I was told August 26, 1995
    Concerning my daughter Heather's "abduction" is not true.
    Jim Wacelle, David Osborne (KSP)

2.  Plaintiff, *Sarah League* _____ resides at

    623 South Main _____ , *Madisonville*
    street address                                      city

    *Hopkins* _____ , *Ky* _____ , 42431 , 270-836-7643 .
    county              state          zip code      area code, phone number

    (if more than one plaintiff, provide the same information for each plaintiff
    below):

    _____

    _____

    _____

    _____

Robie Atherton

Jeff Eastham

David Osborne

Susan DeWitt

Brian Babbs

Samantha Helgan

James Hendricks

Jim Natthall Walthall

Susan DeWitt

Brian Babbs

Jerry Darner

Defendants

3. Defendant, Mike Cline _____ lives at, or its

business is located at_____,
                              street address

___Slaughters___, _____, ___Ky___,
     city              county          state

_____.
zip code

(if more than one defendant, provide the same information for each defendant
listed above):

_____

_____

_____

_____

_____

4. Statement of claim (State as briefly as possible the facts of your case.  Describe
how each defendant is involved.  Include also the names of other persons involved,
dates, and places.  Be as specific as possible.  You may use additional paper
if necessary):

Trooper Cline was the KSP on the
beach as my daughter was being
'abducted'. According to Tim Walthall,
he 'radioed' Cline back to the abduction
site. Cline was there to investigate
a truck stuck in the mud.

3. Defendant, _Samantha Deegan_ lives at, or its business is located at _320 Cedar Mere Dr._
   _street address_

   _Lexington_, _Fayette_, _Ky_,
   city          county          state

   _40511-8631_
   zip code

   **(if more than one defendant, provide the same information for each defendant listed above):**

   _____

   _____

   _____

   _____

   _____

4. **Statement of claim (State as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. Be as specific as possible. You may use additional paper if necessary):**

   Samantha Deegan was my victim's advocate from 2005-2008. She i Jerry Garner, JBI, Owensboro Ky, came to my home July 22, 2005 to take my DNA because evidence that JBI had taken from Bronco Sept 2, 1995, had been found still at Post 16 Henderson. They advised me to get an attorney, that there would be two lawsuits. A month ago, Sam i I spoke. She told me that 'Heather had been hired by the Democratic Party'. (naming Paul Herron) Sam also asked that include her boss, James Hendricks in this lawsuit.

3. Defendant, _Brian Bahls_ lives at, or its business is located at _145 State Route 923_,
   street address

   _Sturgis_, _Union_, _Ky_,
   city          county          state

   _42459_
   zip code

   (if more than one defendant, provide the same information for each defendant listed above):

   _____

   _____

   _____

   _____

   _____

4. Statement of claim (State as briefly as possible the facts of your case.  Describe how each defendant is involved.  Include also the names of other persons involved, dates, and places.  Be as specific as possible.  You may use additional paper if necessary):

   _Brian Bahls, former KSP, Henderson_
   _Ky Post #16 Henderson has information_
   _about what happened at the Duel residence_
   _8663 John State Rd, Robards Ky the_
   _night of Duel's death_

3. Defendant, _David Osborne_____ lives at, or its

   business is located at _3337 E. 4th Street_____,
                             street address

   _Owensboro_____, _Daviess_____, _Kentucky,_
   city                county            state

   _42303_.
   zip code

   (if more than one defendant, provide the same information for each defendant
   listed above):

   _____

   _____

   _____

   _____

   _____

4. Statement of claim (State as briefly as possible the facts of your case.  Describe
   how each defendant is involved.  Include also the names of other persons involved,
   dates, and places.  Be as specific as possible.  You may use additional paper
   if necessary):

   The former Lt. Osborne, was the first Lt. in charge
   of my daughter Heather Danyelle Teague's alleged
   abduction. He and the eyewitness, Jim Watthael, and
   other officers that I will name, did not do their job in
   such a manner that I doubt the happenings of August 26,
   1995. Lt. Osborne was was responsible for the sketch of the
   suspect, 911 call, DNA, investigation report, search
   warrant, all of which are in question as to their
   credibility. (explanation/reasons on separate sheet)
      Details of this investigation & their shameful
   & disgraceful acts are listed on separate page
   under "my complaint."
   He denied a search of the Dill property (the suspect)
   Told me to "go on with my life (at month); that Dill
   had killed Heather, killed himself & had taken
   his secrets to his grave.   Details of other wrongdoings
                     by him. The witness, Watthael,
                     are in my complaint.

3. Defendant, _Jeff Eastham_ lives at, or its business is located at _168 Walnut St_
   _street address_

   _Sturgis_ , _Union_ , _Ky_ ,
   city         county         state

   _42459_
   zip code

   (if more than one defendant, provide the same information for each defendant listed above):

   _____

   _____

   _____

   _____

   _____

4. Statement of claim (State as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. Be as specific as possible. You may use additional paper if necessary):

   Sgt Jeff Eastham was with Kentucky State Police Post # 16 Henderson Ky. on August 26, 1995 when my daughter Heather Danyell Teague was abducted from Newburgh Beach in Spottsville Ky. He signed a document that was not true. (to cooberate his (Lt) David Osborne's statement)  I will present this document with proof when the court permits.

   _____

   _____

   _____

   _____

3. Defendant, _Robie Atherton_ lives at, or its

business is located at _301 S Main St_ ,

_____ street address

_Hartford_ , _Ohio_ , _Ky_ ,
city                         county                    state

_42347_
zip code

(if more than one defendant, provide the same information for each defendant
listed above):

_____

_____

_____

_____

_____

4. Statement of claim (State as briefly as possible the facts of your case. Describe
how each defendant is involved. Include also the names of other persons involved,
dates, and places. Be as specific as possible. You may use additional paper
if necessary):

_Robie Atherton was in charge of signing the_
_Search Warrant for the Diel property the night_
_of Diel's death, the independant testing of DNA_
_by KSP, and other wrongdoing in the_
_investigation unto Heather Danyelle Teague's_
_abduction Aug 26, 1995._

3. Defendant, _Pat Osbree_ lives at, or its

business is located at _Evidence Department / Owensboro Police Dept_
        street address

_Owensboro_ , _Daviess_ , _Ky_ ,
city               county                 state

_42303_
zip code

(if more than one defendant, provide the same information for each defendant
 listed above):

_____

_____

_____

_____

4. Statement of claim (State as briefly as possible the facts of your case.  Describe
   how each defendant is involved.  Include also the names of other persons involved,
   dates, and places.  Be as specific as possible.  You may use additional paper
   if necessary):

Osbree worked with Osborne at the time
of Heather Danyelle Teagues abduction.
There was an instance where Osborne made
up a story about a hog farm having been
analyzed.  I have letters, proof of a total
story, having been told.  Osbree knows
about the 911 call made by the witness.
Other wrong doings he was involved in
while at KSP.

3. Defendant, _Jerry Darnun (as witness only)_ lives at, or its

business is located at _JBl       920 Frederica St_ ,
street address

_Owensboro_ , _Daviess_ , _Ky_ ,
city                          county                        state

_42301._
zip code

(if more than one defendant, provide the same information for each defendant
 listed above):

_____

_____

_____

_____

_____

4. Statement of claim (State as briefly as possible the facts of your case.  Describe
how each defendant is involved.  Include also the names of other persons involved,
dates, and places.  Be as specific as possible.  You may use additional paper
if necessary):

_Jerry Darnun can verify Hendricks statement,_
_which in itself needs answers as to why_
_Hendricks made up a story i felt it was_
_important enough to come to my home to_
_"clear up a rumor._

_(Importance seen in my_
_complaint)_

3. Defendant, _Jon Fritz_ lives at, or its
business is located at _222 S Broad St_,
                         street address

_Providence_, _Webster_, _Ky_,
city                county              state

_____.
zip code

(if more than one defendant, provide the same information for each defendant
listed above):

_____

_____

_____

_____

_____

4. Statement of claim (State as briefly as possible the facts of your case.  Describe
how each defendant is involved.  Include also the names of other persons involved,
dates, and places.  Be as specific as possible.  You may use additional paper
if necessary):

Jon Fritz came D my home June 30, 09 D
tell me Heather had been sold, she was
alive. 'Give her D God,' he said. With tears
Jon told me she had been sold. Paul Lloyd
Jon told me that he would have Heather
home in 90 days, that Paul Lloyd would
take a polygraph.

Paul Lloyd ownf / operated a strip
club in Mortons Gap, Ky, was
busted for drugs. (Importance in my
                              complaint)

_____

_____

3. Defendant, _James Hendricks_ lives at, or its

business is located at _FBI Headquarters 996 Wilkinson Trace_
(street address)

_Bowling Green_ , _____ , _Ky_ ,
city                          county                state

_42103-3410_
zip code

(if more than one defendant, provide the same information for each defendant
 listed above):

_____

_____

_____

_____

_____


4. Statement of claim (State as briefly as possible the facts of your case.  Describe
   how each defendant is involved.  Include also the names of other persons involved,
   dates, and places.  Be as specific as possible.  You may use additional paper
   if necessary):

James Hendricks met Heather Teague on August
25, 1995 on Hayes Boat Ramp in the wee hours
of the morning, according to his boss, John
Nevels. Hendricks asked Heather to leave the
area.
    On Feb 2008, Jerry Barnes, FBI, and Hendricks,
came to my home to 'clear up a rumor'. Hendricks
said he saw Heather 3 wks prior.
    John Nevels, told me two times that the
meeting took place the night before Heather
was 'abducted'.   (more info on FBI in
                    my complaint )
    Why tell a lie about this ? (Conversation taped)

3. Defendant, Henderson Police Dept (Jo Evans lives & works

business is located at 101 N Water St ,
street address

Henderson , Henderson , Ky ,
city county state

_____ .
zip code

(if more than one defendant, provide the same information for each defendant
listed above):

_____

_____

_____

_____

_____

4. Statement of claim (State as briefly as possible the facts of your case. Describe
how each defendant is involved. Include also the names of other persons involved,
dates, and places. Be as specific as possible. You may use additional paper
if necessary):

John Nevils told me two times that
Hendricks had met ~ Heather the
night before (Aug 25, 1995) on Hayes
Boat Ramp, Henderson, Ky.

Jonathan Hollowell, says he (this on tape)
was on the beach, saw Heather being
taken by a man with scraggly hair,
that she got into a 'small car'. He
went to Henderson Police Dept. Nothing
was done.

_____

_____

3. Defendant, _Susan De Witt_ lives at, or its
business is located at _Commonwealth Attorney Daviess County_
                        street address
_117 E. 3Rd St_
_Owensboro_, _Daviess_, _Ky_,
city                county                   state
_42303_
zip code

(if more than one defendant, provide the same information for each defendant
listed above):

_____

_____

_____

_____

_____

4. Statement of claim (State as briefly as possible the facts of your case. Describe
how each defendant is involved. Include also the names of other persons involved,
dates, and places. Be as specific as possible. You may use additional paper
if necessary):

Susan DeWitt signed the investigative
report the night of Marty Dill's death. Even though
Ernie Drum, the uncle of Dill was with him for
hours, no GPR test was done on Dill & Drum.
DeWitt & I talked in 1999, she told me
that Jim Watthall, the eyewitness, was at
the Dill property the morning Dill died.
Years later, 2002 or 2003, I called Ms DeWitt
& she first said I had the wrong number.
I located her at the Commonwealth Attorneys
office & she hung up on me. She has information
about Dill's death & other wrongdoing in this
investigation. (her suspicious behavior)

3. Defendant, _Jim Natthall_____ lives at, or its

business is located at _4 Star Fabricators_ _810 S. Industrial Dr._
<u>street address</u>

_Petersburg_____, _Warrick_____, _Indiana_____,
<u>city</u>                    <u>county</u>                    <u>state</u>

_47567_.
<u>zip code</u>

(if more than one defendant, provide the same information for each defendant listed above):

_____

_____

_____

_____

_____

4. Statement of claim (State as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. Be as specific as possible. You may use additional paper if necessary):

Jim Natthall was the eyewitness watching from across the river in Indiana on August 26, 1995. He waited before he called for help, didn't tell the truth about the call, and he described the man taking Heather as having a big brushy beard + brushy hair. He states he went to the morgue to positively ID Dill + that the back of his head was blown away. Autopsy report states: no exit wound. When I learned Dill had been clean shaven. Cell, he said that Dill had worn a wig + a mosquito netting. He + the Lt. (David Osborne) found Heather's bathing suit bottoms in the woods. He also states he 'radioed' Trooper Clinic, KSP, who was already on the beach back to the abduction site. Eddie Jones was his attorney at a meeting he called to persuade me before the 1 yr anniversary to file a civil suit against Tracy Dill.

3.  Defendant, _Clay Hutchison_____ lives at, or its

business is located at _1208 Dauress St._____,
                        street address

_Owensboro_____, _Dauress_____, _Ky_____,
   city                county             state

_42303_.
zip code

(if more than one defendant, provide the same information for each defendant
 listed above):

_____

_____

_____

_____

_____

4.  Statement of claim (State as briefly as possible the facts of your case.  Describe
    how each defendant is involved.  Include also the names of other persons involved,
    dates, and places.  Be as specific as possible.  You may use additional paper
    if necessary):

_____ _Artist that did the composite sketch,_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

3. Defendant, *Kentucky State Police* lives at, or its

business is located at _____ ,
  street address

*Henderson* , *Henderson* , *Ky* ,
city                        county                       state

*42420* .
zip code

(if more than one defendant, provide the same information for each defendant
listed above):

_____
_____
_____
_____
_____

4. Statement of claim (State as briefly as possible the facts of your case.  Describe
how each defendant is involved.  Include also the names of other persons involved,
dates, and places.  Be as specific as possible.  You may use additional paper
if necessary):

*included in my complaint*
*Complaint .*
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

On August 26, 1995, I received a phone call from KSP (Kentucky State Police) asking me if I knew where Heather was, that her car was being towed. According to this Officer, Heather had left her car parked illegally on farm property in Newburgh Beach in Henderson County, Spottsville, Ky.

He arrived on the beach to find Heather's car on a tow truck, & her empty blue lounge chair at the water's edge.

We met Lt. David Osborne. He pulled out Heather's bathing suit top & asked if it belonged to Heather. He then told us that Heather had been dragged into the woods by her hair, at gunpoint as an eyewitness watched through a telescope from across the river in Indiana. The 'suspect' was 6'0", 210-230 lbs., with dark bushy hair & a bushy beard. He had worn no shirt, cut-off jeans & black tennis shoes.

Bootprints were found beside Heather's chair, KSP did a mold. IBI processed the Bronco. Evidence was given D KSP where it set for ten years. (Remember, according D eyewitness, suspect wore black tennis shoes) Who wore the boots?

KSP did their own independent testing 8 months after Heather was taken. Results were 'inconclusive'. (Remember IBI processed vehicle) IBI did not find the two spots of blood on passenger window of Bronco. Bronco given back D family (Dill), where the door was removed. (A tv newscast shows it leaning against trailer)

After 10 yrs, the detective, Tim Pascoe, asked Marty's mom what size shoes he had worn.

There is something wrong with this investigation into Heather's 'alleged' abduction. I say 'alleged' because the first Lt., Sgt., the eyewitness have created stories. After Dill's death, I was encouraged D stop

looking for Heather. At two months, Lt. Osborne took away (or tried to) all hope. If, since, to this day, 'they' blame Marty Due for this, why won't they search his property?

I have searched in places a mother shouldn't have to search for her child while the officials change their stories.

These are the questionable acts that need to be given attention to:
- 911 call
- sketch
- 2 DNA reports
- Investigative report
- autopsy report
- FOIA / DEA (FBI's files)
- Suicide note

The information in this FOIA states
- Heather was last seen alive on Hayes Boat Ramp, Henderson, Ky on Aug 26, 1995 at 3:00 p.m.
- Also states that, 'Heather's disappearance

can be linked to drugs, prostitution, public corruption / (strip clubs)

Where does this leave Heather? I had to declare Heather legally deceased in 2007 to get FBI's files. (didn't get them until 2011)

Heather literally disappeared before their eyes. Almost eighteen years later, this investigation has been spent covering up the happenings on Newbury Beach on August 26, 1995.

When Captain Robert Shoulta, still (as of two months ago) is trying to prove Due had hair — something is wrong.
   The KSP, Henderson Police Dept, James Hendricks, FBI, have answers. It is time for justice, for truth. It is time for Heather to come home.
   The documents, pictures, taped conversations I have will shock the court. Please

allow me to question these people.
Please let Heather Danyelle Teague
be as important as your child.

                    Sarah Teague

When a mother has to go to each new
Captain, detective, etc with a laminated
sketch of the suspect which shows
plainly that the sketch is identical to
Dill's driver's license ... something is
wrong! When a mother brings proof
that Dill was bail and no other suspects
are named ... something is wrong!
When the eyewitness' credibility is null
& void because of his 'stories', KSP do
nothing ... something is wrong!

When the KSP are more concerned with
their reputation instead of trying to find
my daughter ... it is a shame and a
disgrace to all we hold precious in
this life.

They have purposely conspired to keep
the truth their secret. They go on
with their lives while I plead —
'Where is Heather?' 'What really happened
Aug 26, 1995 ?

5. Prayers for Relief (list what you want the Court to do):

a. _Justice! truth! I want KSP to be held responsible for this made up story they_

b. _Matthew 10:26 have told me. I want my brother home._

c. _I want the Dive property searched._

d. _____

_____

6. Request for a Jury Trial    ✓
                              yes                    no

I (We) hereby certify under penalty that the above petition is true to the best of my (our) information, knowledge, and belief.

Signed this _26th_ day of _Sept_, 19 _2013_

_____

_____
(signature of plaintiff (s) )