### UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF KENTUCKY
### AT OWENSBORO

**SARAH TEAGUE**                                                                               **PLAINTIFF**

**v.**                                                          **CIVIL ACTION NO. 4:13CV-16-R**

**KENTUCKY STATE POLICE** *et al.*                                    **DEFENDANTS**

### ORDER

For the reasons set forth in the Memorandum Opinion entered this date and being otherwise sufficiently advised, **IT IS ORDERED** that the instant case is **DISMISSED** with prejudice for failure to state a claim within the meaning of 28 U.S.C. § 1915(e)(2)(b).

All pending motions are **DENIED as moot**.

There being no just reason for delay in its entry, this is a final Order.

The Court **certifies** that an appeal *in forma pauperis* would not be taken in good faith for the reasons set forth in the Memorandum Opinion.  *See* 28 U.S.C. § 1915(a)(3).

Date:

cc:       Plaintiff, *pro se*
            Defendants
4413.009