UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT OWENSBORO

SARAH TEAGUE,                                                                                        PLAINTIFF
*Individually And As The Mother Of Heather
Danyelle Teague,*

v.                                                        CIVIL ACTION NO. NO. 4:24-CV-73-DJH

KENTUCKY STATE POLICE POST 16
HENDERSON, KENTUCKY, et al,                                                              DEFENDANTS

## **ORDER**

For the reasons set forth in the separate Memorandum Opinion and Order entered this date, and the Court being otherwise sufficiently advised,

**IT IS HEREBY ORDERED** that the Plaintiffs' claims against the Commonwealth of Kentucky and Kentucky State Police are **DISMISSED**, pursuant to Fed. R. Civ. P. 12(1), because the court lacks subject matter jurisdiction over such claims.