UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
OWENSBORO DIVISION
CIVIL ACTION NO. 4:24-CV-00073-DJH-HBB

**SARAH TEAGUE,** **PLAINTIFF**
*Individually And As The Mother*
*Of Danyelle Teague*

VS.

**KENTUCKY STATE POLICE POST 16** **DEFENDANTS**
**HENDERSON, KENTUCKY, et al.,**

## ORDER

Before the Court is Plaintiff's motion (DN 11) seeking an extension of time in which to file her response to the pending motion to dismiss (DN 7). Defendant, Kentucky State Police Post 16, does not oppose Plaintiff's motion (DN 12). Additionally, on October 25, 2024, Plaintiff filed her response (DN 13) to the pending motion to dismiss (DN 7). The Court being sufficiently advised,

**IT IS HEREBY ORDERED** that Plaintiff's motion (DN 11) is **GRANTED**, and her response (DN 13) to the motion to dismiss (DN 7) is deemed timely filed.

**IT IS FURTHER ORDERED** that Defendant may file its reply to DN 13, **by no later than November 11, 2024**.

October 25, 2024

H. Brent Brennenstuhl
United States Magistrate Judge

Copies:    Sarah Teague, *pro se*
           Counsel of Record